IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

IN RE:
ARKANSAS CATFISH GROWERS, LLC

RENEE S. WILLIAMS, CHAPTER 7 TRUSTEE                                                PLAINTIFF

vs.                                            CASE NO. **5:06MC0003GH**

ALICE-SIDNEY FARMS LIMITED
PARTNERSHIP
                                                                                    DEFENDANT

## **ORDER**

Pending before the Court is defendant's motion to withdraw reference pursuant to 28 U.S.C. § 157(d).  Plaintiff filed an amended complaint seeking to avoid certain alleged preferential transfers made to defendant.  Defendant made a jury demand and has not consented to a jury trial in the bankruptcy court.

Pursuant to § 157(d) the Court finds that the reference to bankruptcy court should be withdrawn and the case should be assigned to the district court.

Accordingly, the motion to withdraw reference is granted.

IT IS SO ORDERED this 1st day of December, 2006.

*George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE

-1-